**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

CLIFTON BLAKE THOMAS                                                                          PLAINTIFF
ADC #653527

V.                                                  4:08CV00025-WRW

DON WEBB *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED THAT:

1.      The motion for summary judgment filed by Defendants Don Webb, Rick Heart, and Elizabeth Hooker (docket entry #17), is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 19th day of May, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE