**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CLIFTON BLAKE THOMAS                                                                    PLAINTIFF
ADC #653527

V.                                        4:08CV00025-WRW

DON WEBB *et al.*                                                                    DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.  The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal

from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 19th day of May, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE